DIF

## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | June 28, 2018 |
| **TIME:** | 3:00 P.M. |
| **DOCKET NUMBER(S):** | CV-17-7196 (ARR) |
| **NAME OF CASE(S):** | MARTINEZ V. BLT RESTAURANT GROUP, LLC ET AL. |
| **FOR PLAINTIFF(S):** | Shaked |
| **FOR DEFENDANT(S):** | DiPalma |
| **NEXT CONFERENCE(S):** | See rulings below |
| **FTR/COURT REPORTER:** | 3:13 - 3:20 |

### RULINGS FROM MOTION HEARING:

Having presided over the discussions giving rise to the settlement, and having reviewed the settlement agreement and proposed Consent Decree [docket no. 15], I find that the consent decree is fair and reasonable and I will recommend that the District Court approve and so-order the Consent Decree.

FILED
IN CLERK'S OFFICE
U.S DISTRICT COURT E.D.N.Y.
AUG 17 2018
BROOKLYN OFFICE

So ordered
/s/(ARR), USDJ
8/16/18